IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THE LAW OFFICE OF DANIEL S. SIMON,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIERRA DANIELLE JONES, DISTRICT JUDGE,<br>Respondents,<br>and<br>EDGEWORTH FAMILY TRUST; AND AMERICAN GRATING, LLC,<br>Real Parties in Interest. | No. 79821<br><br>**FILED**<br><br>DEC 30 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DENYING PETITION

Petition for a writ of mandamus that challenges a district court order adjudicating an attorney lien. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This original petition for a writ of mandamus challenges a district court order adjudicating an attorney lien. The petitioner, Daniel Simon, challenges the quantum meruit award of $200,000 as insufficient for the work he performed. However, we reviewed that order in a direct appeal in Docket No. 77678, where we vacated the quantum meruit award and remanded for further findings. Accordingly, in light of the order entered in Docket No. 77678, we deny as moot Simon's writ petition.[1] *See Smith v.*

---

[1]The Honorable Ron Parraguirre, Justice, and the Honorable Abbi Silver, Justice, did not participate in the decision of this matter.

20-46932

*Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (holding that whether to consider a writ petition is discretionary).

Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Cadish

cc: James R. Christensen
Vannah & Vannah
Eglet Adams
Eighth District Court Clerk